UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Julius M. Engel<br>Attorney at Law, Bar No. 8057<br><br><br><br><br><br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 2:16-ms-98<br><br>**ORDER OF SUSPENSION** |

On November 27, 2016, this Court entered an Order to Show Cause for Julius M. Engel, mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 01, 2016. The Order to Show Cause provided Mr. Engel with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Engel. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Julius M. Engel, Nevada State Bar No. 8057, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this    10    day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 10th day of January, 2017, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Julius M. Engel
    1731 Howe Ave # 621
    Sacramento, CA 95825

Certified Mail No.:   7015 3010 0002 3530 7065

/s/
Deputy Clerk
United States District Court,
District of Nevada